UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                        Case No.: 1:08-cr-76

                        HONORABLE PAUL L. MALONEY

WILLIAM HENRY ROBINSON,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 39).  The Report and Recommendation was duly served on the parties and shall be adopted immediately, subject to change should any timely objections be filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the defendant's conditions of supervision are modified as follows:

**1.  The defendant shall perform 20 hours of community service by May 16, 2015**.

All other terms and conditions remain in effect as previously ordered.


Dated:  April 17, 2015                                   /s/ Paul L. Maloney
                                                                               Paul L. Maloney
                                                                               Chief United States District Judge