UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

                                          Case No.: 1:08-cr-76

v.

                                      HONORABLE PAUL L. MALONEY

WILLIAM HENRY ROBINSON,
        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 48).  The Report and Recommendation was duly served on the parties and shall be adopted immediately, subject to change should any timely objections be filed.

      ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

      **THEREFORE, IT IS ORDERED** that the defendant's conditions of supervision are modified as follow:

      **1.  The condition for defendant to be on home detention with location monitoring is removed effectively immediately.**

All other terms and conditions remain in effect as previously ordered.

      **IT IS SO ORDERED**.

Dated:  September 18, 2015               /s/ Paul L. Maloney_____
                                       Paul L. Maloney
                                       Chief United States District Judge